## BENJAMIN DAVIS *versus* WILLIAM G. TAYLOR, WOLCOTT LAW-RENCE, LOWRIN MARSH AND HEMAN BROWN, JR.

JOURNAL ENTRIES (1823–26): *Journal 3:* (1) Motion to quash habeas corpus *p. 462; (2) motion for commission to take depositions granted *p. 465. *Journal 4:* (3) Dismissed MS p. 95.

PAPERS IN FILE: (1) Precipe for habeas corpus; (2) writ of habeas corpus and return; (3) precipe for writ of error.

*1822–23 Calendar*, MS p. 113.